1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

BRENT W. SINGLETON,

       Plaintiff,

    v.

DEPARTMENT OF THE ARMY,
DEPARTMENT OF VETERAN AFFAIRS,
DEPARTMENT OF SOCIAL SECURITY,
DEPARTMENT OF LABOR &
INDUSTRIES,

       Defendants.

Case No. C05-5020FDB

ORDER OF DISMISSAL

      The Complaint in this case was filed January 10, 2005.  Plaintiff Singleton was ordered to file a joint status report by May 10, 2005, but there has been no response to that order.  Plaintiff was ordered to show cause by June 13, 2005 why this cause of action should not be dismissed for failure to prosecute.  Plaintiff has failed to respond to the Order.

      ACCORDINGLY, IT IS ORDERED: This cause of action is DISMISSED for failure to prosecute.

      DATED this 17th day of June, 2005.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

ORDER - 1